[No. 6377–1–III.  Division Three.  June 18, 1985.]

GUY DAVIS, *Appellant,* v. BOISE CASCADE
CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Ste-

vens County, No. 83-2-00278-6, Larry M. Kristianson, J., entered February 10, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.